UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Jonathan E. Perlman,

    Plaintiff(s),

v.

**Lakay Investment, Inc.**

    Defendant(s).
_____/

CASE NO. 09-cv-22326-Hurley

```
FILED by _____ D.C.

   May 5, 2010

STEVEN M. LARIMORE
      CLERK
   U.S. DIST. CT.
   S.D. OF FLA.
```

It appearing that the defendant(s) herein, **Lakay Investment, Inc.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Lakay Investment, Inc., as of course, on this date May 5, 2010.

          **STEVEN M. LARIMORE**
          CLERK OF COURT


          By: _____/s/_____
              L.Sandelin
              Deputy Clerk

cc:    Hon. Daniel T.K.Hurley
        Counsel of Record